Judge Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLIN BLAINE BECCARIA,<br><br>Defendant. | NO. CR23-5143RJB and CR19-5251RJB<br><br>ORDER TO SEAL DOCUMENT |

Having read the Government's Motion to Seal and because of the sensitive information contained in Exhibit 1 to the Government's Sentencing Memorandum,

It is hereby ORDERED that Exhibit 1 to the Government's Sentencing Memorandum, shall remain sealed.

DATED this 13th day of June, 2024.

_____
ROBERT J. BRYAN
United States District Judge

Presented by:

*s/ Marci L. Ellsworth*
MARCI L. ELLSWORTH
Assistant United States Attorney

Order to Seal - 1
*United States v. Colin Blaine Beccaria*/ CR23-5143RJB

UNITED STATES ATTORNEY
1201 PACIFIC AVE., SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800