The Hon. Robert J. Bryan

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>COLIN BLAINE BECCARIA,<br><br>Defendant,<br><br>and<br><br>JOHN SHEARD,<br><br>Third-Party Claimant. | NO. CR23-5143-RJB<br><br>**ORDER GRANTING UNITED STATES' MOTION FOR SCHEDULING ORDER TO GOVERN THIRD-PARTY CLAIM** |

THIS MATTER comes before the Court on the United States' Motion for Scheduling Order to Govern a Third-Party Claim.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, including the relevant claim (Dkt. Nos. 71 and 72) hereby finds entry of an order setting a discovery schedule, a motions deadline, and a hearing date as to the Springfield Armory XDM-40 caliber handgun, bearing serial number MG204069 (the "Springfield"), is appropriate. The Court may permit discovery

Order Granting Motion for Scheduling Order to Govern a Third-Party Claim - 1
*United States v. Beccaria,* CR23-5143-RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

and entertain motions related to third-party claims pursuant to Federal Rule of Criminal Procedure 32.2(c)(1) and, to the extent an evidentiary hearing on a third-party claim is required, the Court conducts that hearing pursuant to 21 U.S.C. § 853(n)(2) and (4) - (6).

NOW, THEREFORE, THE COURT ORDERS:

1) The United States and John Sheard may engage in discovery related to Mr. Sheard's interest in the Springfield. The discovery period closes on **December 30, 2024**;

2) Thereafter, the Parties shall file any dispositive motions no later than **January 29, 2025**; and

3) If necessary, an evidentiary hearing will be held on the identified petition at 9:30 am on March 27, 2025.

IT IS SO ORDERED.

DATED this 8th day of October, 2024.

ROBERT J. BRYAN
United States District Judge

Presented By:

*s/ Karyn S. Johnson*
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, Washington 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Order Granting Motion for Scheduling Order to Govern a Third-Party Claim - 2
*United States v. Beccaria,* CR23-5143-RJB

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970